APPELLATE NO. 07-14-00436-CR
TRIAL COURT NO. 002-820802014



FILED
MAR 18 2015
IN THE COUNTY COURT OF APPEALS
VIVIAN LONG, CLERK

KENNETH ALLEN TARRILLION
APPELLANT

VS.

THE STATE OF TEXAS, APPELLEE

IN THE COUNTY COURT

AT LAW NO. 2 OF

COLLIN COUNTY, TEXAS,

BARNETT WALKER, PRESIDING

## NOTICE OF HEARING

On February 20, 2015, this court received communication from the Court of Appeals for the Seventh District of Texas at Amarillo. This defendant was convicted on October 23, 2014, of having committed the offense of Assault on November 17, 2013. This court has been ordered to conduct a hearing to determine:

♦ whether he desires to prosecute his appeal;

♦ whether he is indigent; and,

♦ whether appellant is entitled to have the clerk's and reporter's records furnished without charge; and

♦ what orders, if any, should be entered to assure the filing of appropriate notices and documentatioin to dismiss appellant's appeal if appelland does not desire to prosecute this appeal, or, if appellant desired to prosecute the appeal, to assure that the clerk's and reporter's records will be filed promptly and that the appeal will be diligently pursued.

Therefore, Kenneth Allen Tarrillion is ordered to appear in this trial court on March 20, 2015, at 9:00 a.m. and provide answers so findings and conclusions can be made regarding the above questions.

This notice is ordered mailed or delivered to the following:

☐ Court of Appeals; Seventh District of Texas at Amarillo, 501 South Fillmore #2A, Amarillo TX 79101

☐ John Rolater; Office of the Criminal District Attorney; 2100 Bloomdale Road, McKinney TX 75071

Kenneth Allen Tarrillion, 2017 Steamboat Spring, Garland TX 75044

Date signed: March 9, 2015

_____
**BARNETT WALKER**

**NOTICE OF HEARING FOR NO BRIEF**

Rec. No. «Merge Record #»